UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Land Holding, LLC,

                Plaintiff(s),

v.                                          Case No. 4:14–cv–11176–MAG–DRG
                                          Hon. Mark A. Goldsmith

Chezcore, Inc., et al.,

                Defendant(s).

_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Michigan Department of Treasury

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ D. Worth
                                                Deputy Clerk

Dated:  April 23, 2014